FILED

AUG - 3 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BRIAND WILLIAMS,<br><br>          Petitioner,<br><br>          v.<br><br>LEROY D. BACA, et al.,<br><br>          Respondent. | Case No. CV 12-5824-JVS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: ___August 3, 2012____

_____

James V. Selna
United States District Judge